1  Paul Farah
   P.O. Box 540
2  Los Altos, CA 94023
   Telephone: (408) 921-7736
3  E-mail:    pfarah@garlic.com

4  Plaintiff Pro Per

5  Mark D. Lonegran
   mdl@severson.com
6  Edward Buell, III
   erb@severson.com
7  Gurinder S. Grewal
   gsg@severson.com
8  Severson & Werson
   One Embarcadero Center, Suite 200
9  San Francisco, CA 94111
   Telephone: (415) 398-3344
10 Facsimile: (415) 956-0439

11 Attorneys for Defendants

**RECEIVED**

**JUL 23 2013**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| PAUL FARAH,<br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10; and DOES 1 to 10, Inclusive,<br>　　　　Defendants. | CASE NO. 5:13-cv-01127-PSG<br><br>MAGISTRATE JUDGE: PAUL S. GREWAL<br><br>[PROPOSED ORDER] CONTINUING TIME FOR MOTION TO DISMISS THIRD AMENEDED COMPLAINT [Civil L.R. 6-2(a)]<br><br>Date:  August 6, 2013<br>Time:  10:00 a.m.<br>Ctrm:  5, 4th Floor<br><br>Complaint Filed:　　　　　　　　March 13, 2013<br>Complaint Amended:　　　　　　March 14, 2013<br>Second Amendment of Complaint:　June 11, 2013<br>Third Amended Complaint:　　　　June 20, 2013<br>Motion To Dismiss Complaint:　　July 2, 2013<br>Opposition to Motion to Dismiss:　July 16, 2013 |

ORDER

Good cause appearing and based upon the Stipulation of the parties it is ordered that the time for the hearing on the Motion to Dismiss the Third Amended Complaint is continued to ___8/27___, 2013,

---

Order Continuing Time For Motion To Dismiss Third Amended Complaint
Case No. 5:13-cv-01127-PSG                                               1

1  with corresponding changes to the deadline for the Response and the Reply to be extended to
2  August 6, 2013 and August 13, 2013, respectively.
3
4       PURSUANT TO STIPULATION, IT IS SO ORDERED.
5
6  DATED: July 25, 2013
7
8  By: *Paul S. Grewal* (signature)
    Honorable Paul S. Grewal
9      Magistrate Judge of Federal Court
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28