UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL FARAH,<br><br>            Plaintiff,<br>       v.<br><br>WELLS FARGO HOME MORTGAGE et al.,<br><br>            Defendants. | Case No.: 5:13-cv-01127-PSG<br><br>**ORDER DENYING REQUEST OF APPROVAL OF PROPIA PERSONA NOTICE OF PENDENCY OF ACTION** |

The court has received Plaintiff Paul Farah's ("Farah") notice for approval of propia persona notice of pendency of action. Farah has failed to comply with Civil Local Rule 7-2(c).[1] Therefore, the court denies Farah's request without prejudice.

IT IS SO ORDERED.

Dated: September 16, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] See Civ. L.R. 7-2(c) ("Unless excused by the Judge who will hear the motion, each motion must be accompanied by a proposed order.").

1

Case No.: 5:13-cv-01127-PSG
ORDER