Paul Farah
P.O. Box 540
Los Altos, CA 94023
Telephone: (408) 921-7736
E-mail: pfarah@garlic.com

Plaintiff Pro Per

Mark D. Lonegran
mdl@severson.com
Edward Buell, III
erb@severson.com
Gurinder S. Grewal
gsg@severson.com
Severson & Werson
One Embarcadero Center, Suite 200
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants

RECEIVED
SEP 17 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL FARAH,<br>　　　　Plaintiff,<br><br>　　　vs.<br><br>WELLS FARGO HOME MORTGAGE, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES2005-10; and DOES 1 to 10, Inclusive,<br>　　　　Defendants. | **CASE NO. 5:13-cv-01127-PSG**<br><br>**MAGISTRATE JUDGE: PAUL S. GREWAL**<br><br>[~~PROPOSED~~] **NOTICE OF PENDENCY OF ACTION** |

NOTICE IS GIVEN that the above-captioned action was commenced on March 13, 2013, in the above-captioned court by Paul Farah, against Wells Fargo Home Mortgage and US Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-through Certificates, Series2005-10; the action is now pending in the federal court.

The above-captioned action alleges a real property claim affecting certain real property that is situated in the Santa Clara County, California, described as Instrument No. 21700188 (*see* EXHIBIT A), located at 16224 Paradise Valley Court, Morgan Hill, CA 95037.

Date: 9/20/2013

By: _____
Paul Farah
Plaintiff Pro Per

APPROVED.

By: _____
Honorable Paul S. Grewal
Magistrate Judge of Federal Court

ACKNOWLEDGMENT

State of California

County of Santa Clara

On _____, before me, _____ personally appeared _____ proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity as a Plaintiff in the above-captioned action and that by his signature and approval of the Magistrate Judge of the Federal Court where this action is pending on the instrument, the person executed the instrument.

By: _____