IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL FARAH,

        Plaintiff,

  v.

WELLS FARGO HOME MORTGAGE, et al.,

        Defendants.

Case No. 13-cv-01127-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF FOURTH AMENDED COMPLAINT**

On December 29, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of his Fourth Amended Complaint, filed December 2, 2013.

**IT IS SO ORDERED.**

Dated: January 9, 2017

MAXINE M. CHESNEY
United States District Judge