IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FARAH,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>        Defendants. | Case No. 13-cv-01127-MMC<br><br>**ORDER SETTING ASIDE JUDGMENT IN PART**<br><br>Re: Dkt. No. 55 |

Pursuant to the Ninth Circuit's opinion, filed November 21, 2016, the judgment entered January 23, 2014, in the above-titled action, is hereby SET ASIDE to the extent said judgment includes a dismissal of plaintiff's fraud claim against defendant Wells Fargo Home Mortgage.

**IT IS SO ORDERED.**

Dated: January 10, 2017

MAXINE M. CHESNEY
United States District Judge