IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FARAH,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>    Defendants. | Case No. 13-cv-01127-MMC<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

By order filed January 9, 2017, the Court directed plaintiff to submit forthwith a chambers copy of his Fourth Amended Complaint, filed December 2, 2013, to facilitate the Court's review of the case. Plaintiff has not complied with the Court's order. Plaintiff is hereby again DIRECTED to submit forthwith a chambers copy of his Fourth Amended Complaint.

Parties are expected to comply with court orders without repeated reminders. Accordingly, plaintiff is hereby advised that the Court will impose sanctions for further failures to comply, including, but not limited to, striking from the record any further manually or electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: January 20, 2017

MAXINE M. CHESNEY
United States District Judge